IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROXANNE LEAVELL, a married woman<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign profit corporation dba TARGET STORE #0627, and "J. DOEs" 1-10;<br><br>Defendant. | Civil Case No. 2:24-cv-00471-BJR<br><br>**ORDER GRANTING *IN PART* THE PARTIES' MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES** |

The Court is in receipt of the parties' stipulated motion for an extension of the discovery and related deadlines. The Court notes that setting a dispositive motions deadline for July 11, 2025 means that those motions will not be ripe (let alone resolved) until over a week *after* the scheduled pretrial conference on August 5, and on the literal eve of trial, circumstances that neither the parties nor the Court would appreciate. Furthermore, while this is the first extension the parties have requested, the grounds provided—that the parties need to "continue discovery and engage in potential resolution"—do not justify the nearly four-month extension they have requested. Accordingly, and finding good cause therefor, the Court hereby grants the parties a modest extension of the discovery and related deadlines, as follows:

ORDER REGARDING THE PARTIES'
MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES  - 1
TAR178.0011

| Deadline | Current Date | New Date |
|---|---|---|
| Jury Trial Date | August 18, 2025 | |
| Deadline for joining additional parties | August 6, 2024 | |
| Deadline for filing amended pleadings | August 13, 2024 | |
| Reports from expert witness under FRCP 26(a)(2) due | January 21, 2025 | March 21, 2025 |
| Discovery completed by | February 28, 2025 | April 18, 2025 |
| All dispositive motions must be filed by | March 21, 2025 | May 2, 2025 |
| All motions *in limine* must be filed by | July 15, 2025 | |
| Joint Pretrial Statement | July 21, 2025 | |
| Pretrial conference | August 5, 2025 | |
| Length of Jury Trial | 5 days | |

It is so ordered. DATED this 7th day of February, 2025.

*/s/ Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**SUBMITTED BY CHOCK BARHOUM LLP**

Dated this 4th day of February, 2025.

/s/*Sarah Tuthill-Kveton*
John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic service: e-service@chockbarhoum.com
Attorneys for Defendant Target Corporation