IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROXANNE LEAVELL, a married woman<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign profit corporation dba TARGET STORE #0627, and "J. DOEs" 1-10;<br><br>Defendant. | Civil Case No. 2:24-cv-00471-BJR<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES AND TRIAL DATE** |

It is hereby ORDERED that the parties' Stipulated Motion for Extension of Discovery and Related Deadlines and Trial Date is GRANTED. The new deadlines are as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER REGARDING THE PARTIES' MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES - 1
TAR178.0011

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Jury Trial Date | August 18, 2025 | February 9, 2026 |
| Deadline for joining additional parties | August 6, 2024 | |
| Deadline for filing amended pleadings | August 13, 2024 | |
| Reports from expert witness under FRCP 26(a)(2) due | March 21, 2025 | |
| Discovery completed by | April 18, 2025 | May 30, 2025 |
| All dispositive motions must be filed by | May 2, 2025 | July 18, 2025 |
| All motions *in limine* must be filed by | July 15, 2025 | January 8, 2026 |
| Joint Pretrial Statement | July 21, 2025 | January 13, 2026 |
| Pretrial conference | August 5, 2025 | January 26, 2026 |
| Length of Jury Trial | 5 days | 4 days |

It is so ordered this 12th day of May, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**RESPECTFULLY SUBMITTED BY**

**CHOCK BARHOUM LLP**

/s/*Sarah Tuthill-Kveton*
John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic service: e-service@chockbarhoum.com
   Attorneys for Defendant Target Corporation

ORDER REGARDING THE PARTIES' MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES - 2
TAR178.0011

CERTIFICATE OF SERVICE
TAR178.0011